# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR48

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| DEMARIO S. DUNLAP ) | |
| ) | |

**THIS MATTER** is before the Court on motion of Defendant's appellate counsel for an order releasing a copy of the Defendant's presentence report for use in the pending appeal.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of the Defendant's presentence report is **ALLOWED.** The Clerk is directed to unseal the report, make a copy thereof, send it forthwith to Defendant's appellate counsel, and place the report again under seal.

2

Signed: March 6, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge