# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR48

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DEMARIO S. DUNLAP ) | |

**THIS MATTER** is before the Court *sua sponte* to reschedule the Defendant's resentencing hearing.

**IT IS, THEREFORE, ORDERED** that this matter is hereby rescheduled for resentencing on **THURSDAY, SEPTEMBER 13, 2007, AT 2:00 PM**, at the U.S. Courthouse in **Asheville, North Carolina.**

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit copies of this Order electronically to the Federal Defender, the United States Attorney, the United States Marshal, the United States Probation Office, and to the Warden of the correctional facility where the Defendant is currently incarcerated; a copy of this Order shall be mailed to the Defendant.

Signed: July 6, 2007

Lacy H. Thornburg
United States District Judge